CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 22-00058 SOM |
| | ) |
| Plaintiff, | ) NOTICE OF RELATED CASE |
| | ) |
| vs. | ) |
| | ) |
| PAUL JOSEPH SULLA, JR., and | ) |
| GARY CHARLES ZAMBER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Indictment involves the same or substantially similar facts as the following proceedings: <u>United States v. Alan Scott Rudo</u>, 1:22-cr-00055-JAO and <u>United States v. Rajesh P. Budhabhatti</u>, 1:22-cr-00057-JAO.

DATED: July 21, 2022, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii


By /s/ *Mohammad Khatib*
   MOHAMMAD KHATIB
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA